## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| OMAR MOHAMMED ALI RAMMAH, | ) ) ) | |
| Petitioner | ) ) | Civil Action No. 05-2380 (CKK) |
| v. | ) ) | *Ex Parte*, *In Camera*, **SEALED** |
| JOSEPH R. BIDEN, in his official capacity as President of the United States, *et al.*, | ) ) ) | |
| Respondents. | ) ) | |

Filed with the Classified
Information Security Officer
CISO _Cammen Moule_
Date _4/3/2023_

## MEMORANDUM OPINION AND ORDER
(April **3**, 2023)